IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHRISTOPHER KORTLANDER,<br><br>Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, and DEPARTMENT OF THE INTERIOR, and RYAN ZINKE, in his official capacity of Secretary of the Interior,<br><br>Defendants. | CV 18-162-BLG-BMM-JTJ<br><br><br>ORDER |

Pursuant to the Court's Order dated March 12, 2019 (doc. 11), the Defendants' counsel filed an unopposed motion to allow Defendants to appear by telephone at the preliminary pretrial conference set for April 24, 2019 at 2:00 p.m. at the federal courthouse in Great Falls, Montana. Plaintiff also requested during his phone conversation with counsel for Defendants that he too be allowed to attend the preliminary pretrial conference by telephone. Accordingly,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The

1

parties be shall appear by telephone at the preliminary pretrial conference. The Court will contact the parties with the call-in number.

**DATED** this 20th day of March, 2019.

/s/ John Johnston
John Johnston
United States Magistrate Judge