**Chris Kortlander**
**P. O. Box 200**
**Garryowen, MT 59031**
**Phone: (406) 638-2012**
**Email: chris@historicalrarities.com**
**PLAINTIFF**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **CHRISTOPHER KORTLANDER,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **BUREAU OF LAND MANAGEMENT, and DEPARTMENT OF THE INTERIOR, and RYAN ZINKE, in his official capacity of Secretary of the Interior,** <br><br> **Defendants.** | **CV 18-162-BLG-BMM-JTJ** <br><br> **STATEMENT OF STIPULATED FACTS** |

The Plaintiff having cooresponded with Defendant's counsel without resolution does submit the following stipulated facts, pursuant to Local Rule 16.2(b)(3):

1. On or about October 19, 2017, Defendant Bureau of Land Management's Montana State Office ("BLM-MT") received a FOIA request from Plaintiff Christopher Kortlander (Dkt. #1-2). The document speaks for itself.

2. On October 23, 2017, BLM-MT responded to Plaintiff's undated FOIA request (Dkt #1-7). The document speaks for itself.

3. On December 12, 2017, BLM-MT sent Plaintiff a letter (Dkt #1-8) to provide an update on Plaintiff's FOIA request. The document speaks for itself.

4. On May 16, 2018, Plaintiff sent a letter to BLM-MT (Dkt #1-9). In this letter, he stated that stated that the letter was an appeal of the BLM-MT determination or lack thereof. The document speaks for itself.

5. Having received no response to his May 16, 2018 letter, on September 4, 2018, Plaintiff sent a 2nd letter to BLM-MT (Dkt. # 1-10) in which he reiterated that this was an appeal of the BLM-MT determination or lack thereof. The document speaks for itself.

6. On September 19, 2018, Defendant Department of the Interior ("DOI") responded by letter (Dkt. 1-4) to Plaintiff's September 4, 2018 letter. DOI advised Plaintiff that it had accepted Plaintiff's request for processing as an appeal.

7. On November 13, 2018, Plaintiff filed this lawsuit.

**DATED** this 17th day of April, 2019.

/s/ Chris Kortlander
Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2019, a copy of the foregoing document was served on the following person by the following means.

___1___ CM/ECF -- Clerk of Court

/s/ Chris Kortlandeer
Plaintiff

C:\Users\Rich\Documents\2018\FOIA-StipulatedFacts190417.docx

2