# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CHRISTOPHER KORTLANDER<br><br>Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, and DEPARTMENT OF THE INTERIOR, and DAVID BERNHARDT, in his official capacity of Acting Secretary of the Interior,<br><br>Defendants. | CV-18-162-BLG-BMM-JTJ<br><br><br><br>ORDER |

The Court conducted a telephonic pretrial conference in this case on April 24, 2019. Plaintiff appeared *pro* se. Defendants were represented by Assistant United States Attorney Victoria L. Francis and Assistant United States Attorney Tyson M. Lies.

IT IS ORDERED:

1. <u>Scheduling Order</u>: The following schedule, established with the concurrence of the parties, will be observed:

a. Defendants shall process 200 additional pages of potentially responsive records and produce any responsive non-exempt records to Plaintiff on or before **May 1, 2019**.

b. Defendants shall produce additional responsive, non-exempt records to Plaintiff in June 2019, July 2019, August 2019, September 2019 and October 2019. Defendants rolling production of records shall be completed on or before **October 18, 2019**.

c. The parties shall file a joint status report regarding Defendants' production of records on or before **October 25, 2019**.

d. The Court will set a status conference upon receipt of the joint status report.

DATED this 29th day of April, 2019.

John Johnston
United States Magistrate Judge