IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUN 0 3 2020

Clerk, U.S District Court
District Of Montana
Great Falls

| | |
|---|---|
| CHRISTOPHER KORTLANDER,<br><br>Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, and DEPARTMENT OF THE INTERIOR, and DAVID BERNHARDT, in his official capacity of Acting Secretary of the Interior,<br><br>Defendants. | CV 18-162-BLG-BMM-JTJ<br><br><br><br>ORDER |

Defendants filed a status report in this case on November 15, 2019. (Doc. 28). Defendants informed the Court that the Bureau of Land Management (BLM) had "responded fully" to Plaintiff's Freedom of Information Act (FOIA) request, and had produced "all responsive, non-exempt records." (Doc. 28 at 9). Defendants further informed the Court that Plaintiff could appeal the "BLM's record response to the Department of Interior's FOIA/Privacy Act Appeals Officer," and that the deadline for filing an administrative appeal was January 15, 2020. (Doc. 28 at 7-8).

It is unclear from the record whether Plaintiff has pursued an administrative appeal in this matter. Accordingly, IT IS HEREBY ORDERED:

The parties shall file a joint status report on or before June 12, 2020, that addresses the current status of Plaintiff's FOIA request.

DATED this 3rd day of June, 2020.

John Johnston
United States Magistrate Judge