# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CHRISTOPHER KORTLANDER, | ) |
| | ) CV 18-162-BLG-BMM-JTJ |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING |
| | ) UNOPPOSED MOTION FOR |
| BUREAU OF LAND, | ) EXTENSION OF TIME TO |
| MANAGEMENT, and DEPARTMENT | ) FILE AMENDED COMPLAINT |
| OF THE INTERIOR, and RYAN ZINKE, | ) OR JOINT STATUS REPORT |
| in his official capacity of Secretary of | ) |
| the Interior, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Upon the Unopposed Motion for Extension of Time to File Amended Complaint or Joint Status Report, by Attorney Penelope S. Strong, and good cause appearing, wherefore; **IT IS HEREBY ORDERED** that the deadline to file Amended Complaint or Joint Status Report is hereby extended from June 17, 2022, to July 8, 2022.

DATED this 16th day of June, 2022.

_____
John Johnston
United States Magistrate Judge